The People of the State of New York ex rel. Joseph Temple, Appellant, *v.* Joseph H. Brophy, as Warden of Auburn State Prison, Respondent.

Submitted December 4, 1936; decided December 31, 1936.

*Joseph Temple*, appellant, in person.

*John J. Bennett, Jr.*, Attorney-General (*Edward T. Boyle* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.